UNITED STATES of America, Appellee,

v.

Alfredo FLORES, also known as Freddie, Appellant.

No. 05–4488.

United States Court of Appeals, Eighth Circuit.

Submitted: March 7, 2007.

Filed: March 12, 2007.

Tiffany G. Becker, U.S. Attorney's Office, St. Louis, MO, for Appellee.

Paul E. Sims, Stokely Group, St. Louis, MO, Alfredo Flores, Big Spring, TX, for Appellant.

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

PER CURIAM.

Alfredo Flores appeals the 150–month prison sentence the district court[1] imposed upon his guilty plea to conspiracy to distribute and possess with intent to distribute marijuana and cocaine, in violation of 21 U.S.C. § § 841(a)(1), and 846. For reversal, Flores argues that *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), effectively overruled *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d

**1.** The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

350 (1998), and that the district court therefore violated his Fifth and Sixth Amendment rights in finding that his prior controlled-substance convictions qualified him for sentencing as a career offender under U.S.S.G. § 4B1.1. Flores's argument fails as we are still bound by *Almendarez–Torres*. *See United States v. Torres–Alvarado*, 416 F.3d 808, 810 (8th Cir.2005) ("we are bound by *Almendarez–Torres* until the Supreme Court explicitly overrules it"); *see also United States v. Marcussen*, 403 F.3d 982, 984 (8th Cir.) (holding that district court, not jury, determines whether prior convictions subject defendant to be sentenced as career offender), *cert. denied*, —— U.S. ——, 126 S.Ct. 457, 163 L.Ed.2d 347 (2005).

Accordingly, we affirm.